IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| H&R BLOCK EASTERN TAX SERVICES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:04-cv-537 |
| | ) | |
| ROBIN DALTON JORDAN, KAREN ROBERTS, JORDAN'S TAX SERVICE, and EAST TENNESSEE BOOKKEEPING & TAX SERVICE, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **O R D E R**

This matter is presently before the court on plaintiff's motion to compel [Doc. 24]. Plaintiff's motion is properly supported by the affidavit of one of its attorneys of record, Kate E. Tucker, in which she testifies as follows:

    1. Defendant Robin Dalton Jordan has failed to respond at all to plaintiff's first set of interrogatories, first requests for production of documents, and first requests for admissions filed on December 17, 2004; and

    2. Defendant Robin Dalton Jordan has failed to respond at all to plaintiff's second set of interrogatories and

second requests for production of documents filed on June 30, 2005.

Given the fact that this defendant has failed to respond to these discovery requests as required by the Federal Rules of Civil Procedure, and given the further fact that this matter is presently set for trial on September 19, 2005, the court finds that plaintiff's motion is well taken.

Accordingly, plaintiff's motion to compel [Doc. 24] is hereby GRANTED to the extent that defendant Robin Dalton Jordan is ORDERED to respond to *all* of the previously mentioned discovery requests filed by plaintiff within ten (10) days from the date of this order; otherwise, the court will impose all appropriate sanctions, including entry of default and default judgment, as well as reasonable expenses, including attorney's fees, caused by defendant's failure to do so. *See* Fed.R.Civ.P. 37(b)(2).

**E N T E R :**

          *s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE