IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| H&R BLOCK EASTERN TAX SERVICES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:04-cv-537 |
| | ) | |
| ROBIN DALTON JORDAN, KAREN ROBERTS, JORDAN'S TAX SERVICE, and EAST TENNESSEE BOOKKEEPING & TAX SERVICE, INC., | ) ) ) | |
| | ) | |
| Defendants | ) | |

## **DEFAULT JUDGMENT**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that default judgment be, and the same hereby is, ENTERED in favor of plaintiff against defendant Robin Dalton Jordan, f/k/a Robin M. Dalton, in the amount of Twenty-Two Thousand, Four Hundred Ninety Four Dollars ($22,494). *See* Fed.R.Civ.P. 37(b)(2)(C).

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE