IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| H&R BLOCK EASTERN TAX SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 3:04-CV-537 |
| ROBIN DALTON JORDAN, KAREN ROBERTS, JORDAN'S TAX SERVICE, and EAST TENNESSEE BOOKKEEPING & TAX SERVICE, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

# ORDER
_____

Plaintiff H&R Block Eastern Tax Services, Inc.'s Motion for Default against Defendants Jordan's Tax Service and East Tennessee Bookkeeping & Tax Service, Inc. came forward on September 9, 2005. The Court has considered Plaintiff's Motion for Default and all other matters of record.

The Court finds that Defendants Jordan's Tax Service and East Tennessee Bookkeeping & Tax Service, Inc., were properly served with discovery requests to which they failed to timely respond, that the Court issued an Order on August 9, 2005, compelling Defendants to respond to said discovery requests within ten (10) days of entry of the Order, that Defendants failed to comply with the Order by responding to said discovery requests within the specified period, and that Plaintiff is therefore entitled to an order of default against Defendants, pursuant to Federal

Rule of Civil Procedure 37(b)(2)(c).

For the reasons stated above, as well as those set forth in the Court's Memorandum Opinion in Support of Default Order against Defendant Robin Jordan, it is hereby ORDERED that an order of default in the amount of $22,494.00 be entered against Defendants Jordan's Tax Service and East Tennessee Bookkeeping & Tax Service, Inc. in favor of Plaintiff H&R Block Eastern Tax Services, Inc.

ENTERED this ___ day of September, 2005.

*s/ James H. Jarvis*
Honorable James H. Jarvis
U.S. District Judge
