AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

H&R BLOCK EASTERN TAX SERVICES, INC.,  **JUDGMENT IN A CIVIL CASE**

V.

ROBIN DALTON JORDAN, KAREN ROBERTS,
JORDAN'S TAX SERVICES, and EAST TENNESSEE
BOOKKEEPING & TAX SERVICE, INC.   CASE NUMBER: 3:04-CV-537

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the default judgment, court document [28], filed on August 30, 2005, in favor of plaintiff against defendant Robin Dalton Jordan, f/k/a Robin M. Dalton, in the amount of Twenty-Two Thousand, Four Hundred Ninety-Four Dollars ($22,494.00) is a "Final Judgment" as contemplated by Fed. R. Civ. P. 54(b)

August 30, 2005                    Patricia L. McNutt, Clerk
Date

                                   By  s/ Jason Huffaker     Deputy Clerk