# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

H&R BLOCK EASTERN TAX SERVICES, INC.,        **JUDGMENT IN A CIVIL CASE**

V.

ROBIN DALTON JORDAN, KAREN ROBERTS,
JORDAN'S TAX SERVICES, and EAST TENNESSEE
BOOKKEEPING & TAX SERVICE, INC.        CASE NUMBER: 3:04-CV-537

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the default judgment, court document [31], filed on September 12, 2005, in favor of plaintiff against defendants Jordan's Tax Service and East Tennessee Bookkeeping & Tax Service, Inc., in the amount of Twenty-Two Thousand, Four Hundred Ninety-Four Dollars ($22,494.00) is a "Final Judgment" as contemplated by Fed. R. Civ. P. 54(b)

   September 12, 2005                                   Patricia L. McNutt, Clerk
Date

                                                                 By   s/ Jason Huffaker      Deputy Clerk